Robert Ukeiley (*Pro Hac Vice*)
Law Office of Robert Ukeiley
255 Mountain Meadows Road
Boulder, CO 80302
Phone: 720-496-8568
Email: rukeiley@igc.org

Ryan Maher (*Pro Hac Vice*)
Wendy Park (Cal. Bar No. 352371)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Ste. 375
Oakland, CA 94612
Phone: 781-325-6303
Email: rmaher@biologicaldiversity.org

*Counsel for Plaintiffs Center for Biological Diversity and Sierra Club*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,<br><br>         Plaintiffs,<br><br>v.<br><br>LEE ZELDIN,<br><br>in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>         Defendant. | Civil Action No. 3:25-cv-06568-AMO<br><br>**PROOF OF SERVICE OF PROCESS** |

Pursuant to Federal Rule of Civil Procedure 4(l), I hereby certify that service of the complaint, summons, and other case-initiating documents in the above-captioned case has taken place in the following manner:

1. The United States Attorney was served via certified mail to the address 450 Golden Gate Ave., PO Box 36055, San Francisco, CA 94102-3661, on August 26, 2025; the United States Attorney's office received the documents on September 2, 2025.

2. The United States Attorney General was served via certified mail to the address 950 Pennsylvania Ave NW, Washington, D.C. 20530-0001, on August 26, 2025; the United States Attorney General's office received the documents on September 3, 2025.

3. Plaintiffs attempted to serve Administrator Lee Zeldin via certified mail to the address 1200 Pennsylvania Ave. NW, Washington, D.C. 20004-2403, on August 26, 2025. On September 10, 2025, Plaintiffs were informed that the United States Postal Service was unable to locate the service package. Plaintiffs again served Lee Zeldin via a new certified mailing sent to the address 1200 Pennsylvania Ave. NW, Washington, D.C. 20004-2403, on September 12, 2025; Lee Zeldin received the documents on September 16, 2025.

4. Pursuant to Federal Rule of Civil Procedure 4(i)(1)-(2), the above parties were served copies of the following documents:

    a. CIVIL COVER SHEET,

    b. SUMMONS IN A CIVIL ACTION,

    c. COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF,

    d. CERTIFICATION OF INTERESTED ENTITIES,

    e. INITIAL CASE MANAGEMENT ORDER,

    f. ROBERT UKEILEY'S MOTION FOR PRO HAC VICE AND ACCOMPANYING EXHIBITS,

    g. ORDER GRANTING ROBERT UKEILEY'S PRO HAC VICE MOTION,

    h. RYAN MAHER'S MOTION FOR PRO HAC VICE AND ACCOMPANYING EXHIBITS,

    i. ORDER GRANTING RYAN MAHER'S PRO HAC VICE MOTION,

   j. DECLINATION OF MAGISTRATE JUDGE,

   k. DOCKET REPORT WITH DOCKET NUMBERS 1-15 DISPLAYED,

   l. STANDING ORDERS FOR ALL DISTRICT JUDGES AND,

   m. JUDGE ARACELI MARTÍNEZ-OLGUÍN'S CIVIL STANDING ORDER.

 5. Electronic certified mail receipts verifying the statements above are attached as Exhibit 1.

 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 22, 2025  Respectfully Submitted,

            */s/ Ryan Maher*

Ryan Maher (*Pro Hac Vice*)
Wendy Park (Cal. Bar No. 352371)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Ste. 375
Oakland, CA 94612
Phone: 781-325-6303
Email: rmaher@biologicaldiversity.org

*Counsel for Plaintiffs Center for Biological Diversity and Sierra Club*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2025, I filed the foregoing PROOF OF SERVICE through the Court's CM/ECF filing system.

*/s/ Ryan Maher*
Ryan Maher (*Pro Hac Vice*)
Wendy Park (Cal. Bar No. 352371)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Ste. 375
Oakland, CA 94612
Phone: 781-325-6303
Email: rmaher@biologicaldiversity.org

*Counsel for Plaintiffs Center for Biological Diversity and Sierra Club*