# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $2.82 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $3.84 |
| Total Postage and Fees $ | $11.96 |

0146
17

Postmark Here

08/26/2025

9589 0710 5270 1100 8111 99
0146 17

Sent To: Pamela Bondi, AG, U.S. Dep't of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave. NW
City, State, ZIP+4®: Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20004  OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) $ | $2.82 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $3.84 |
| Total Postage and Fees $ | $11.96 |

0146
17

Postmark Here

08/26/2025

9589 0710 5270 0011 8111 73

Sent To: Lee Zeldin, Administrator, US EPA
Street and Apt. No., or PO Box No.: 1200 Pennsylvania Ave, NW
City, State, ZIP+4®: Washington, D.C. 20004-2403

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94102    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.30 | 0146 17 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $2.82 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $ $3.56 | 08/26/2025 |
| Total Postage and Fees $11.68 | |

Sent To: Civil Process Clerk, U.S. Attorney's Office
Street and Apt. No., or PO Box No.: 450 Golden Gate Ave, P.O. Box 36055
City, State, ZIP+4®: San Francisco, CA 94102-3661

Tracking: 9589 0710 5270 0011 8111 35

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

■ UNITED STATES POSTAL SERVICE

September 2, 2025

Dear Ryan Maher:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0011 8111 35**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | September 2, 2025, 10:55 am |
| Location: | SAN FRANCISCO, CA 94102 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 8.0oz |

**Recipient Signature**

Signature of Recipient: *[handwritten signature]*

Address of Recipient: *[handwritten address]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

September 3, 2025

Dear Ryan Maher:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0011 8111 66**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | September 3, 2025, 4:36 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

### Recipient Signature

Signature of Recipient: 

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

September 10, 2025

Dear Ryan Maher:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0011 8111 73**.

| Item Details | |
|---|---|
| Status: | We regret to inform you that we were unable to locate any delivery information in our records for your item. |
| Status Date / Time: | N/A |
| Location: | N/A |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20004

**Certified Mail Fee** $5.30

**Extra Services & Fees** (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $2.82
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

**Postage** $10.90

Postmark Here
BROOKLINE BR 02446
SEP 12 2025
USPS
09/12/2025

**Total Postage and Fees** $19.02

**Sent To** Lee Zeldin, USEPA Administrator
**Street and Apt. No., or PO Box No.** 1200 Pennsylvania Ave., NW
**City, State, ZIP+4®** Washington, D.C. 20004-2403

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 0350 0000 0134 5025 4E03

🇺🇸 UNITED STATES
POSTAL SERVICE

September 16, 2025

Dear Ryan Maher:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 0350 0000 0134 5203**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | September 16, 2025, 8:16 am |
| **Location:** | WASHINGTON, DC 20460 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 9.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | 20460 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004