KRISTEN SARNA (D.C. Bar No. 90018405)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-3315
Fax: (202) 514-8865
Kristen.Sarna@usdoj.gov

*Attorney for Federal Defendant*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> LEE MICHAEL ZELDIN, <br><br> Defendant. | No. 4:25-cv-6568-AMO <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF THE RESPONSIVE PLEADING DEADLINE** |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties submit this Stipulated Request for a continuance of the Case Management Conference and an extension of the United States' deadline to file a responsive pleading and respectfully request that the Court enter an order accordingly.

1.      On August 5, 2025, Plaintiffs Center for Biological Diversity and Sierra Club filed a complaint against the Administrator of the United States Environmental Protection Agency.

2.      Plaintiffs served the United States on September 2, 2025, and the United States' responsive pleading deadline was November 3, 2025. ECF No. 16.

3.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The parties filed a joint stipulation requesting an extension of the responsive pleading deadline equal to the number of days the lapse in appropriations lasted. ECF No. 20. The Court entered the stipulation. ECF No. 21.

4.      Because the parties began engaging in settlement negotiations, the parties filed multiple stipulations requesting that the Court continue the Defendant's responsive pleading deadline and/or the Case Management Conference, which the Court granted. ECF Nos. 22, 24, 26, 28 (stipulations); ECF Nos. 23, 25, 27, 29 (orders).

5.      The parties currently have a Case Management Conference scheduled for June 18, 2026, and the Defendant's responsive pleading deadline is June 17, 2026.

6.      The parties have successfully negotiated a proposed consent decree. Consistent with Clean Air Act Section 113(g), 42 U.S.C. § 7413(g), EPA will be publishing the proposed consent decree in the Federal Register for public notice and comment.  The parties cannot move

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:25-CV-06568-AMO

2

the Court to enter their proposed consent decree until EPA provides at least 30 days of notice through the Federal Register and assesses any comments received. *Id.*

7.      Therefore, the parties request that the Court enter this stipulation, continuing the case management conference until August 20, 2026 and extending the Defendant's responsive pleading deadline by sixty days.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

/s/ Kristen Sarna
KRISTEN SARNA
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC  20044-7611
Tel: (202) 532-3315
Kristen.sarna@usdoj.gov

*Attorney for Defendant*

Dated: June 2, 2026

/s/ Robert Ukeiley
Robert Ukeiley, *Pro Hac Vice*
Law Office of Robert Ukeiley
255 Mountain Meadows Road
Boulder, CO 80302
Tel: (720) 496-8568
rukeiley@igc.org

RYAN MAHER, *Pro Hac Vice*
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (781) 325-6303
rmaher@biologicaldiversity.org

*Attorney for Plaintiffs*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.*

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, it is so ordered.  The Case Management Conference scheduled for June 18, 2026 is continued to August 20, 2026, with the Case Management Statement due by August 13, 2026 no later than 12:00 PM PST. The United States' deadline to file a responsive pleading shall be calculated according to the Parties' stipulation.

Dated:      6/2/2026

THE HONORABLE ARACELI MARTINEZ-OLGUÍN
United States District Judge