ROBERT UKEILEY, *Pro Hac Vice*
Law Office of Robert Ukeiley
255 Mountain Meadows Road
Boulder, CO 80302
Tel: (720) 496-8568
rukeiley@igc.org

RYAN MAHER, *Pro Hac Vice*
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (781) 325-6303
rmaher@biologicaldiversity.org

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

KRISTEN SARNA (D.C. Bar No. 90018405)
Trial Attorney
United States Department of Justice
Energy & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 532-3315
Fax: (202) 514-8865
Kristen.Sarna@usdoj.gov

*Counsel for Federal Defendant*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>LEE MICHAEL ZELDIN,<br><br>Defendant. | No. 4:25-cv-6568-AMO<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

Plaintiffs, the Center for Biological Diversity and the Sierra Club, and Defendant, Lee Zeldin in his official capacity as Administrator, United States Environmental Protection Agency ("EPA"), (together, "the Parties") provide notice of this Joint Motion to Enter Consent Decree.

The Parties move the Court to enter the attached proposed Consent Decree (Exhibit A).

The Parties state the following in support:

1. Plaintiffs allege that EPA has failed to perform certain mandatory duties under the Clean Air Act ("CAA"), 42 U.S.C. §§ 7401–7671q, and that EPA's inaction is actionable under 42 U.S.C. § 7604(a).

2. CAA section 110(k), 42 U.S.C. § 7410, sets forth the process by which EPA reviews state implementation plan ("SIP") submissions and revisions. In accordance with that process, EPA must determine no later than 6 months after the date by which a state is required to submit a SIP revision whether that submission meets the minimum completeness criteria. 42 U.S.C. § 7410(k)(1)(B). If EPA does not determine completeness of the plan or revision within 6 months, then the submittal is deemed complete by operation of law. *Id.*

3. Pursuant to CAA section 110(k)(2)-(4), 42 U.S.C. § 7410(k)(2)-(4), EPA is required to approve, disapprove, or conditionally approve, in whole or in part, each SIP submission or revision, within 12 months of a determination of completeness by EPA or a submittal being deemed complete by operation of law.

4. Plaintiffs allege that, under 42 U.S.C. § 7410(k)(2)-(4), EPA has a mandatory duty to approve or disapprove, either in full or in part, Tennessee's February 9, 2023 SIP submittal for the Sullivan County Sulfur Dioxide ("$SO_2$") nonattainment area by August 9, 2024, which Plaintiffs allege EPA has not done.

5. Plaintiffs allege that, under CAA section 110(k)(2)-(4), 42 U.S.C. § 7410(k)(2)-(4), EPA has a mandatory duty to approve or disapprove, either in full or in part, Texas's October 24, 2022 SIP submittals for the Howard, Hutchinson, and Navarro Counties $SO_2$ nonattainment areas by April 24, 2024, which Plaintiffs allege EPA has not done.

6. Plaintiffs also alleged that, under CAA section 110(k)(2)-(4), 42 U.S.C. § 7410(k)(2)-(4), EPA has a mandatory duty to approve or disapprove, either in full or in part, Arizona's October 3, 2023 SIP submittal for the Hayden SO2 nonattainment area by May 2, 2025. On August 20, 2026, EPA published a final rule approving the 2023 Hayden, Arizona $SO_2$ SIP revision. 91 Fed. Reg. 53720. Therefore, the Parties agree that Plaintiffs' claim in their complaint as to the Hayden, Arizona $SO_2$ SIP submission is moot.

7. Plaintiffs' complaint seeks declaratory and injunctive relief from this Court directing EPA to perform the above-mentioned nondiscretionary duties by a date certain.

8. The Parties agree on a proposed Consent Decree resolving Plaintiffs' live claims. Under 42 U.S.C. § 7413(g), EPA must provide "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action or matter to comment in writing" upon the proposed Consent Decree. EPA provided the required comment period on the proposed Consent Decree through a notice published in the Federal Register on July 16, 2026. Notice, 91 Fed. Reg. 43632 (July 16, 2026). That notice and comment process is now complete. EPA did not receive any comments that disclosed facts or considerations that indicate the Department of Justice or EPA should withhold their consent from the Consent Decree.

9. The proposed Consent Decree requires Defendant to take final action under 42 U.S.C. § 7410(k)(2)-(4) with respect to: the October 24, 2022 Navarro County, TX $SO_2$ SIP

revision; the February 9, 2023 Sullivan County, TN $SO_2$ SIP revision; and the October 24, 2022 Howard and Hutchinson Counties, TX $SO_2$ SIP revisions. If entered by the Court, the proposed Consent Decree will resolve all of Plaintiffs' live claims, other than attorneys' fees and costs. Plaintiffs' claim regarding Arizona's October 3, 2023 SIP submittal for the Hayden $SO_2$ nonattainment area is moot as EPA has taken the final action Plaintiffs seek and published that action in the Federal Register. 91 Fed. Reg. 53720.

10. Through the proposed Consent Decree, the Parties indicate their agreement that the proposed Consent Decree is fair, reasonable and in the public interest. The Court should therefore enter the attached Consent Decree.

11. Therefore, the Parties respectfully move the Court to enter the proposed Consent Decree attached as Exhibit A.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

Dated: September 18, 2026

*/s/ Kristen Sarna*
KRISTEN SARNA
U.S. Department of Justice
Energy and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 532-3315
Kristen.sarna@usdoj.gov

*Attorney for Defendant*

*/s/ Robert Ukeiley*
Robert Ukeiley, *Pro Hac Vice*
Law Office of Robert Ukeiley
255 Mountain Meadows Road
Boulder, CO 80302
Tel: (720) 496-8568
rukeiley@igc.org

RYAN MAHER, *Pro Hac Vice*
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (781) 325-6303
rmaher@biologicaldiversity.org

*Attorney for Plaintiffs*

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.*